IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRENT MOORE                                                                                      PLAINTIFF

V.                                          NO.  13-2092

SHELTER MUTUAL INSURANCE CO.                                                  DEFENDANT

O R D E R

Before the court is the Plaintiff's Motion to Compel, Motion to Extend Discovery, and Motion to Stay (*See ECF No.* 36) filed January 15, 2014. The Motion was referred to the court on January 16, 2014. On January 17, 2014 the court entered an order setting the matter for a hearing on February 3, 2014, but inclement weather required the court to reschedule the hearing for February 12, 2014.

A hearing was held on February 12, 2014 and the court made specific rulings from the bench on each request in the Plaintiff's Motion to Compel. After discussions with the Defendant's attorney and the Plaintiff's attorney it was determined that the Defendant could comply with the court's rulings on or before February 24, 2014. The attorneys agreed that depositions that had previously been scheduled for February 24th and 25th would be moved to February 27 and 28th.

The Plaintiff's Motion to Compel is **Granted in Part** and **Denied in Part** according to the rulings made by the court from the bench in the hearing February 12, 2014.

The Plaintiff Motion to Extend Discovery is **Granted** and Discovery is extended to February 28, 2014.

The Plaintiff's Motion to Stay the Trial is **Denied.**

IT IS SO ORDERED this February 13, 2014.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge