```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

BRENT MOORE                                              PLAINTIFF

    v.                  Civ. No. 13-2092

SHELTER MUTUAL INSURANCE COMPANY                         DEFENDANT

## AMENDED JUDGMENT

On the 10th day of March, 2014, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding.  The trial continued until March 13, 2014, when the case was submitted to the jury on interrogatories and a unanimous verdict was reached as follows:

INTERROGATORY NO. 1:

Do you find from a preponderance of the evidence that Shelter is liable to Brent Moore on his underinsured motorist coverage claim as set forth in Instruction No. 11?

   __X__    YES

   _____    NO

INTERROGATORY NO. 2:

State the amount of damages you find Brent Moore is entitled to from Shelter on his underinsured motorist coverage claim.

Answer: $50,000.00

INTERROGATORY NO. 3:

Do you find from a preponderance of the evidence that Shelter acted in "bad faith" in an attempt to avoid liability or a just obligation under its policy issued to Brent Moore as set forth in Instruction No. 12?

__ X __    YES

_____    NO

INTERROGATORY NO. 4:

State the amount of damages you find from a preponderance of the evidence were sustained by Brent Moore as a result of Shelter's "bad faith". Do not include any damage amounts you provided in your answer to Interrogatory No. 2, if any.

Answer: $93,000.00

In accordance with this verdict and the Memorandum Opinion and Order of July 17, 2014, setting aside the jury verdict on Plaintiff's bad faith claim, it is HEREBY ORDERED AND ADJUDGED that Plaintiff should have and recover of and from Defendant $50,000.00 on his UIM claim, plus pre-judgment interest on the $50,000.00 from August 29, 2006, through the date of this judgment at a rate of 6% per annum for a total of $22,997.46, as well as the 12% penalty pursuant to Ark. Code Ann. § 23-89-208 in the amount of $6,000.00.

The entire judgment amount of $78,997.46, shall bear interest from the date of this judgment until paid at the current post-judgment interest rate of 0.11% per annum.

Dated this 17th day of July 2014.

                                              /s/Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge

AO72A
(Rev. 8/82)